IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FELICISIMA BASA, an individual, and SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, INC., a California nonprofit corporation,<br><br>            Plaintiffs,<br><br>      vs.<br><br>GRETI CROFT, an individual,<br><br>            Defendant. | Case No.: 2:15−cv−01707 TJH (JCx)<br><br>Assigned to Courtroom: 17<br>The Hon. Terry J. Hatter, Jr.<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE [JS-6]**<br><br>Action Commenced: 03/09/2015<br>Trial Date:  Off calendar |

## ORDER

Good cause appearing therefore, and in the interest of justice, the above-captioned action is dismissed with prejudice as to all causes of action in the Complaint. The Court shall retain jurisdiction solely to enforce terms of the settlement agreement and mutual release.

///

///

**IT IS SO ORDERED:**

Dated: April 20, 2016

Hon. Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE